# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESSIE C. CHERMAK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>Social Security,<br><br>　　　　Defendant(s). | No. EDCV 08-1471-R (AGR)<br><br>ORDER ADOPTING MAGISTRATE<br>JUDGE'S REPORT AND<br>RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered reversing and remanding this matter for further proceedings.

DATED:  Feb. 22, 2010

　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE