UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSIE C. CHERMAK, | CASE NO. EDCV 08-1471-R (AGR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this matter is reversed and remanded for further proceedings.

DATED: __Feb 22, 2010_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE